No. 13–0513/MC. U.S. v. Levon Tyler. CCA 201200327. On further consideration of the granted issue, 72 M.J. 472 (C.A.A.F. August 22, 2013), and in light of *United States v. Kish*, 72 M.J. 158 (C.A.A.F. 2013), it is ordered that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is set aside, and the case is returned to the Judge Advocate General of the Navy for remand to the Court of Criminal Appeals for further consideration after the conclusion of its review in *Kish*.

Misc. No. 13–8037/AR. U.S. v. Tanner P. Forry. CCA 20080334. On consideration of the writ–appeal petition and Appellee's motion to file government's designation of portions of the record to be included in the joint appendix pursuant to Rule 24(f), it is ordered that said motion is hereby granted, and that said writ–appeal petition is hereby dismissed for lack of jurisdiction.

Misc. No. 14–8001/AR. Jeffrey A. Sinclair, Appellant v. United States of America, and James L. POHL, Colonel, U.S. Army, Military Judge, Appellees. CCA 20130751. Notice is hereby given that a writ–appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief was filed electronically under Rule 27(b), together with a motion for a stay of proceedings and a motion for leave of court to appear pro hac vice, on the 21st day of September, 2013, and placed on the docket this 23rd day of September, 2013.